IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JACKIE DOSHARON DONALD,

               ORDER

        Plaintiff,

               18-cv-320-bbc

  v.

FIDUCIARY REAL ESTATE DEVELOPMENT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on June 1, 2018, I dismissed plaintiff Jackie DoSharon Donald's complaint without prejudice for plaintiff's failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until June 21, 2018 to file an amended complaint providing additional details to support a federal claim. I told plaintiff that if she failed to respond by June 21, 2018, I would dismiss this case. To date, plaintiff has not filed an amended complaint or otherwise responded to the court's June 1 order. Accordingly, this case will be dismissed.

ORDER

      IT IS ORDERED that

      1. This case is DISMISSED for plaintiff Jackie DoSharon Donald's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered this 27th day of June, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge