IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE DOSHARON DONALD,

    Plaintiff,

v.

FIDUCIARY REAL ESTATE
DEVELOPMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-320-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff Jackie DoSharon Donald's failure to state a claim upon which relief may be granted .

| /s/ | 6/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |